UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 22-752-MWF(MARx)**                                    Dated: **November 3, 2022**

Title:    Alan Kheel -v- Santander Consumer USA, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                          None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER**

In light of the Mediation Report [30] filed October 14, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for December 5, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.